# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** *individually and on behalf of all others similarly situated*, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UPSTART NETWORK, INC.,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NO.**<br>**1:25-cv-01410-JKM** |

## UPSTART NETWORK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**COMES NOW** Defendant Upstart Network, Inc. ("Upstart"), by and through its undersigned counsel, without waiving any defenses or the right to compel arbitration of this matter, and hereby moves this Court to extend the time for it to file a response to Plaintiff Asher Bronstin's ("Plaintiff") Complaint, stating as follows:

1. Plaintiff commenced this action by filing a Complaint in this Court on or about July 30, 2025. (Doc. 1.)

2. Upstart's response to Plaintiff's Complaint is currently due on or before August 21, 2025.

3. Upstart is finalizing its investigation of Plaintiff's allegations so that it can prepare an appropriate responsive pleading and so that the parties can engage in

62132042 v1

discussions regarding an early resolution of this matter that would avoid further involvement of the Court. In order to further these efforts, Upstart respectfully requests that the Court extend its responsive pleading deadline to **September 22, 2025**.

4. This Motion is made in good faith and not for the purpose of undue delay and no party will be prejudiced by the relief sought herein.

5. Upstart's counsel has conferred with counsel for the Plaintiff, who has confirmed that there is no objection to this extension.

WHEREFORE, Upstart respectfully requests that this Court enter an Order giving it until **September 22, 2025** to file a response to Plaintiff's Complaint.[1]

DATED: August 18, 2025.

          Respectfully submitted,

          */s/ Andrew T. Sarangoulis*
          Andrew T. Sarangoulis, Esq.
          Pennsylvania Bar No. 325308
          BURR & FORMAN LLP
          200 East Broward Boulevard, Suite 1020
          Fort Lauderdale, FL 33301
          Telephone: (954) 414-6200
          Facsimile: (954) 414-6201
          Email: asarangoulis@burr.com

          *Counsel for Defendant*
          UPSTART NETWORK, INC.

---

[1] For the Court's convenience, attached as Exhibit A is a proposed Order granting the Unopposed Motion for Extension of Time to Respond to Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing to:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com
*Counsel for Plaintiff*

                                          */s/ Andrew T. Sarangoulis*
                                          Andrew T. Sarangoulis, Esq.
                                          Pennsylvania Bar No. 25308
                                          BURR & FORMAN LLP