# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** *individually and on behalf of all others similarly situated*, ) ) ) **Plaintiff,** ) ) ) **v.** ) ) **UPSTART NETWORK, INC.,** ) ) **Defendant.** ) | **CIVIL ACTION NO. 1:25-cv-01410-JKM** |

## ORDER

Before the Court is Defendant Upstart Network, Inc.'s ("Upstart") Unopposed Motion for Extension of Time to Respond to Complaint. Having considered said Motion, this Court hereby finds that the Unopposed Motion for Extension of Time to Respond to Complaint is due to be **GRANTED**.

It is hereby **ORDERED, ADJUDGED AND DECREED** that Upstart's Unopposed Motion for Extension of Time to Respond to Complaint is hereby **GRANTED** and that Upstart is allowed until **September 22, 2025** to file its response to Plaintiff's Complaint.

**DONE** and **DATED** this the _____ day of _____, 2025.

_____
JUDGE

62132078 v1