## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHER BRONSTEIN,** | : | **No. 3:25cv1410** |
| **individually and on behalf of** | : | |
| **all others similarly situated,** | : | **(Judge Munley)** |
| | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **UPSTART NETWORK,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this _____ day of August 2025, upon consideration of

the defendants' motion for extension of time to respond to plaintiff's complaint

filed with the concurrence of plaintiff, it is hereby ordered as follows:

1) Upon good cause shown, defendant's motion, (Doc. 4), is **GRANTED;**

2) Defendant shall file an answer or motion, or otherwise respond to the

   complaint on or before **September 22, 2025;**

3) On or before **August 29, 2025**, plaintiff shall file proof of service of the

   complaint and summons in compliance with Federal Rule of Civil

   Procedure 4(*l*); and

4) On or before **September 12, 2025**, the parties shall file a joint status report

   regarding their efforts to resolve this matter, indicating whether referral to a

United States Magistrate Judge for a settlement conference would be

productive.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court