## United States District Court for the Middle District of Pennsylvania

**Asher Bronstin**

vs.

**Upstart Network, Inc.**
_____/

CASE NO. **1:25-CV-01410-KJM**

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin   ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **9:22 AM** on **07/31/2025**, I served **Upstart Network, Inc.** at **Corporation Service Company, 5235 North Front Street, Harrisburg, PA 17110** in the manner described below:

☐ Subject personally served.

☐ Adult family member with whom said Subject resides.
Relationship is _____.

☐ Adult in charge of Subject's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Subject resides.

☐ Agent or person in charge of Subject's office or usual place of business.

☒ **Jessica Williams,** who is the **Clerk** of said entity.

☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **26** Hair: **Blonde** Height: **5ft 07in** Weight: **140 lbs**

Sworn to and subscribed before me this
**1st** day of **August** ,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2029
Commission number 1248992

X _____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **90537**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

