# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiff,**<br><br>v.<br><br>**UPSTART NETWORK, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**1:25-cv-01410-JKM** |

## NOTICE OF APPEARANCE

Jackson C. Burrow of the law firm of Burr & Forman LLP hereby enters his appearance as counsel of record for Defendant Upstart Network, Inc. ("Upstart"). Counsel requests that copies of all notices, pleadings and other papers in this case be served upon him as counsel for Upstart.

Dated this the 12th day of September, 2025.

                            */s/ Jackson C. Burrow*
                            Jackson C. Burrow
                            Identification No. 335420
                            Burr & Forman LLP
                            420 North 20th Street, Suite 3400
                            Birmingham, AL  35203
                            Telephone:  (205) 251-3000
                            Facsimile:  (205) 458-5345
                            Jburrow@burr.com

                            *Counsel for Defendant*
                            UPSTART NETWORK, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing to:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com
*Counsel for Plaintiff*

                                            */s/ Jackson C. Burrow*
                                            Jackson C. Burrow
                                            Identification No. 335420
                                            Burr & Forman LLP