IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**UPSTART NETWORK, INC.**<br><br>*Defendant.* | Case No.<br><br>1:25-cv-01410-JKM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' SETTLEMENT STATUS REPORT**

Pursuant to this Court's Order, the Parties provide the following status report:

**Plaintiff Asher Bronstin ("Plaintiff"):**

The Plaintiff has not tendered a settlement offer because the Plaintiff requires class discovery to ascertain the size, scope, and nature of the class as part of any proposed settlement. It will not be until the Plaintiff has obtained this information, including the classwide calling records outlining who all was called with prerecorded messages in violation of the TCPA, that the Plaintiff will be able to evaluate and propose a settlement offer that appropriately takes the nature of this class action dispute into account. In this regard, the Plaintiff believes that class settlement discussions would be most appropriately handled in private mediation.

**Defendant Upstart Network, Inc. ("Upstart"):**

Upstart denies that (1) it violated the TCPA and (2) Plaintiff can obtain certification of the proposed class defined in the Complaint. Upstart has been unable to speak with Plaintiff about considerations that Upstart believes could affect termination of this matter through settlement or

1

otherwise despite multiple requests. Upstart has participated in court conducted settlement conferences in the past and found them to be beneficial.

RESPECTFULLY SUBMITTED AND DATED this September 12, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

/s/ Jackson Burrow
Jackson Burrow, Esq.
Identification No. 335420
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Phone: 205-251-3000
Facsimile: 205-458-5100
jburrow@burr.com
*Attorney for Defendant*
*Upstart Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a copy of the foregoing was filed electronically on CM/ECF.

Dated: September 12, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

2