# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| **ASHER BRONSTIN,** *individually and on behalf of all others similarly situated*, <br><br>     Plaintiff, <br><br> v. <br><br> **UPSTART NETWORK, INC.,** <br><br>     Defendant. | **CIVIL ACTION NO.** <br> **1:25-cv-01410-JKM** |

### UPSTART NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Upstart Network, Inc. ("Upstart"), by and through undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1.  Is the party a non-governmental corporate party?

    [**X**] YES     [ ] NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    Upstart certifies that Upstart Holdings, Inc., is its parent corporation.

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

62760490 v1

Upstart certifies that Upstart Holdings, Inc., a publicly-traded company [NASDAQ: UPST], is its parent corporation. No other publicly held corporation owns 10% or more of Upstart's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted this 30th day of September, 2025.

> */s/ Jackson C. Burrow*
> Jackson C. Burrow
> Identification No. 335420
> Burr & Forman LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Telephone: (205) 251-3000
> Facsimile: (205) 458-5345
> Jburrow@burr.com
>
> *Counsel for Defendant*
> UPSTART NETWORK, INC.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 30th, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing to:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com
*Counsel for Plaintiff*

                                      */s/ Jackson C. Burrow*
                                      Jackson C. Burrow
                                      Identification No. 335420
                                      Burr & Forman LLP