## EXHIBIT A

### Joshua H. Threadcraft

| Type | Jurisdiction | Admit Date | Status | Good Standing | License/Bar No. |
|---|---|---|---|---|---|
| Federal | Middle District of Alabama | 10/17/01 | Active | Yes | ASB-7136-H36T |
| Federal | Middle District of AL Bankruptcy | 10/17/01 | Active | Yes | ASB-7136-H36T |
| Federal | Northern District of Alabama | 1/17/02 | Active | Yes | ASB-7136-H36T |
| Federal | Northern District of AL Bankruptcy | 1/17/02 | Active | Yes | ASB-7136-H36T |
| Federal | Southern District of Alabama | 1/31/02 | Active | Yes | ASB-7136-H36T |
| Federal | Southern District of AL Bankruptcy | 1/31/02 | Active | Yes | ASB-7136-H36T |
| State | Alabama State Courts | 9/28/01 | Active | Yes | ASB-7136-H36T |
| Federal | Northern District of Mississippi | 4/23/02 | Active | Yes | MS Bar #100495 |
| Federal | Northern District of MS Bankruptcy | 4/23/02 | Active | Yes | MS Bar #100495 |
| Federal | Southern District of Mississippi | 4/23/02 | Active | Yes | MS Bar #100495 |
| Federal | Southern District of MS Bankruptcy | 4/23/02 | Active | Yes | MS Bar #100495 |
| State | Mississippi State Courts | 4/23/02 | Active | Yes | MS Bar #100495 |
| Federal | 5th Circuit Court of Appeals | 6/14/02 | Active | Yes | N/A |
| Federal | 11th Circuit Court of Appeals | 8/20/02 | Active | Yes | N/A |
| Federal | U.S. District Court for the Middle District of Georgia | 10/2008 | Active | Yes | GA Bar #119050 |
| State | Georgia trial courts | 10/21/08 | Active | Yes | GA Bar #119050 |
| Federal | U.S. District Court for the Northern District of Georgia | 10/2009 | Active | Yes | GA Bar #119050 |
| Federal | 6th Circuit Court of Appeals | 12/29/10 | Active | Yes | N/A |
| State | Florida State Courts | 4/27/12 | Active | Yes | FL Bar #96153 |
| Federal | U.S. District Court for the Middle District of Florida | 6/05/12 | Active | Yes | FL Bar #96153 |
| State | Georgia Court of Appeals | 6/12/12 | Active | Yes | GA Bar #119050 |
| Federal | U.S. District Court for the Southern District of Florida | 6/25/12 | Active | Yes | FL Bar #96153 |
| State | Tennessee State Courts | 12/06/12 | Active | Yes | TN BPR #31491 |
| Federal | U.S. District Court for the Eastern District of Texas | 2/7/14 | Active | Yes | N/A |
| Federal | U.S. District Court for the Southern District of Texas | 6/26/14 | Active | Yes | N/A |
| Federal | U.S. District Court for the Northern District of Texas | 5/6/15 | Active | Yes | N/A |
| Federal | U.S. District Court for the Northern District of Florida | 10/19/15 | Active | Yes | FL Bar #96153 |
| Federal | U.S. District Court for the Western District of Tennessee | 12/28/15 | Active | Yes | N/A |
| Federal | U.S. District Court for the Middle District of Tennessee | 1/5/16 | Active | Yes | N/A |

| | | | | | |
|---|---|---|---|---|---|
| Federal | US District Court for the Western District of Texas | 2/21/19 | Active | Yes | N/A |
| 3rd Circuit Court of Appeals | | 10/2/19 | Active | Yes | N/A |
| Federal | US District Court for the Western District of Wisconsin | 6/21/23 | Active | Yes | N/A |
| Federal | US District Court for the Northern District of Indiana | 12/14/23 | Active | Yes | N/A |
| Federal | US Bankruptcy Court for the Northern District of Indiana | 12/14/23 | Active | Yes | N/A |
| Federal | US Bankruptcy Court for the Southern District of Indiana | 04/04/24 | Active | Yes | N/A |
| Federal | US District Court for the Southern District of Indiana | 04/04/24 | Active | Yes | N/A |
| Federal | US District Court for the Northern District of Illinois | 07/16/24 | Active | Yes | N/A |
| State | Kentucky State Courts | 02/05/25 | Active | Yes | KY Bar #101321 |
| Federal | US District Court for the Western District of Kentucky | 02/27/25 | Active | Yes | N/A |
| Federal | US District Court for the Eastern District of Kentucky | 03/05/25 | Active | Yes | N/A |
| 4th Circuit Court of Appeals | | 04/09/25 | Active | Yes | N/A |
| Federal | US District Court for the Eastern District of Tennessee | 06/17/25 | Active | Yes | N/A |
| Federal | US District Court for the Eastern District of Michigan | 07/08/25 | Active | Yes | N/A |
| State | Texas State Courts | 07/10/25 | Active | Yes | TX Bar #24147561 |