UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :   1:25CV1410

## PETITION

I, Joshua H. Threadcraft, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   Burr & Forman LLP

420 N 20th Street, Ste. 3400
Birmingham, AL 35203

Office Telephone:   205-251-3000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached "Exhibit A"

My attorney Identification number is:   ASB-7136-H36T

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/Julia K. Munley   Date: 10/3/25

Updated: 3/24/2025