# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:25-cv-01410-JKM ) (Hon. Julia K. Munley) |
| UPSTART NETWORK, INC., | ) ) |
| Defendant. | ) |

## DEFENDANT UPSTART NETWORK, INC.'S MOTION TO BIFURCATE CASE AND STAY CLASS RELATED DISCOVERY

Defendant Upstart Network, Inc. ("Upstart") respectfully moves for an order bifurcating this case to proceed with limited individualized discovery and summary judgment briefing as to Plaintiff Asher Bronstin's ("Mr. Bronstin") individual claim, for the sake of judicial and party economy. In support thereof, Upstart relies on the Brief in Support filed herewith.

WHEREFORE, for the reasons stated in Upstart's Brief in Support, Upstart respectfully requests that the Court bifurcate discovery for a 90-120 day period regarding: (1) when the telephone number at issue was assigned to Mr. Bronstin; (2) Mr. Bronstin's relationship with Upstart's customer; and (3) the number of telephones Mr. Bronstin has, and when and why they were obtained. Additionally, Upstart respectfully requests that this Court only permit class discovery to proceed if the limited discovery outlined above does not dispose of Mr. Bronstin's claims.

63115009 v1

Respectfully submitted this 9th day of October, 2025.

    */s/ Joshua H. Threadcraft*
    Jackson C. Burrow
    Identification No. 335420
    Joshua H. Threadcraft
    Admitted *Pro Hac Vice*
    Burr & Forman LLP
    420 North 20th Street, Suite 3400
    Birmingham, AL 35203
    Telephone: (205) 251-3000
    Facsimile: (205) 458-5345
    Jburrow@burr.com
    Jthreadcraft@burr.com

    *Counsel for Defendant*
    UPSTART NETWORK, INC.

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned hereby certifies that Upstart's counsel conferred with Plaintiff's counsel on the foregoing Motion on October 3, 2025, via Telephone, and Plaintiff's counsel indicated that Plaintiff DOES NOT concur with the relief sought.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 9th, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing to:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com
*Counsel for Plaintiff*

                                      */s/ Jackson C. Burrow*
                                      Jackson C. Burrow
                                      Identification No. 335420
                                      Burr & Forman LLP