## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>UPSTART NETWORK, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-01410-JKM<br>) (Hon. Julia K. Munley)<br>)<br>)<br>) |

### <u>ORDER</u>

Before the Court is Defendant Upstart Network, Inc.'s ("Upstart") Motion to Bifurcate Case and Stay Class Related Discovery. Having fully considered said Motion, this Court hereby finds that the Motion to Bifurcate Case and Stay Class Related Discovery is due to be **GRANTED**.

1.    It is hereby **ORDERED, ADJUDGED AND DECREED** that Upstart's Motion to Bifurcate Case and Stay Class Related Discovery is hereby **GRANTED**.

2.    Discovery in this matter will be bifurcated going forward, with individual discovery to proceed first, according to the following schedule:

  a. Individual discovery for a period of one hundred and twenty (120) days as to the merits of Plaintiff Asher Bronstin's ("Mr. Bronstin") claims, limited to (1) when the telephone number at issue was assigned to him;

(2) Mr. Bronstin's relationship with Upstart's customer who represented the number belonged to him; and (3) the number of telephones Mr. Bronstin has, and when and why they were obtained.

b. Opening summary judgment motions as to the merits of Plaintiff's individual TCPA claim shall be due thirty (30) days after the close of the initial phase of individual discovery;

c. Oppositions to summary judgment motions are due thirty (30) days after service of opening motions; and

d. Reply brief in support of summary judgment are due fifteen (15) days after service of oppositions.

3.    The Parties may issue third party discovery during this initial discovery period as needed relating to the three areas of inquiry discussed above, but class related discovery shall not be allowed absent further order from this Court. To the extent Plaintiff has already issued any class-related discovery requests to Upstart or third parties, such discovery is stayed pending further Order of this Court.

4.    After the individualized discovery period and the Court ruling on summary judgment briefing, the Court shall set a further case management and scheduling conference to occur, at the Court's convenience, in order to set, if necessary, a schedule for class-wide discovery and all other case management deadlines.

5.      The Parties may petition the court to extend the bifurcated period, as

needed.

**DONE** and **DATED** this the _____ day of _____, 2025.

_____
Hon. Julia K. Munley
United States District Judge