IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, | : : : | No. 1:25cv1410 |
| | : : | (Judge Munley) |
| **Plaintiff** | : | |
| v. | : : | |
| **UPSTART NETWORK, INC.** | : | |
| **Defendant** | : | |

FILED
SCRANTON
OCT 10 2025
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, to wit, this 10 day of October 2025, after a case management conference held shortly after the filing of defendant's motion to bifurcate case and stay class related discovery, (Doc. 16), it is hereby **ORDERED** that:

1) Plaintiff shall file a brief in opposition on or before **October 31, 2025**;

2) Defendant shall file a reply brief on or before **November 21, 2025**;

3) A case management conference will be rescheduled following disposition of the motion to bifurcate.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court