# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **UPSTART NETWORK, INC.** <br><br> *Defendant.* | Case No. 1:25-cv-01410-JKM <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## PRAECIPE TO ATTACH

TO THE PROTHONOTARY:

Please attach the attached Exhibits A and B, which were erroneously omitted from the Plaintiff's opposition to the Defendant's Motion to Bifurcate (ECF No. 19).

Dated: October 30, 2025

>*/s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> M.D. Pa. Bar #333687
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

1