Bill issue date
May 26, 2024

## YOUR LAST BILL
**BALANCE FORWARD**

## THIS BILL SUMMARY

(760)

## DETAILED CHARGES

**PLANS**





**REGULAR CHARGES**








ASHER BRONST N
LAKE FOREST CA





# Keep more of your money.

Join in minutes, and say goodbye to account fees.

Get started at t-mobilemoney.com

**T Mobile MONEY**  POWERED BY **Bmtx**  Accounts provided by Customers Bank Member FDIC

---

Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)    Pay online: t-mobile.com/pay

T-MOB LE
PO BOX 742596
C NC NNAT  OH 45274-2596

Total due by Jun 19, 2024

You are pay ng by AutoPay

Amount enclosed

ASHER BRONSTIN
Account number:

☐ Change your address - Check box and provide new address on reverse side

Bill issue date
Jun 26, 2024

## YOUR LAST BILL

**BALANCE** $0.00

## THIS BILL SUMMARY

Totals
(760) ▮▮▮▮▮

## DETAILED CHARGES

**PLANS**

**REGULAR CHARGES** Jun 27 - Jul 26

Charged in advance for bill period Jun 27 - Jul 27. Changes made after Jun 26 will be shown on a future bill.





## TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government taxes & fees




Go to T-Mobile Tuesdays in the T Life app for details.

Check out the latest perks in the T Life app.

Great deals on food, gas, entertainment and more—just for being a customer.

**Free stuff & exclusive perks**



ASHER BRONST N
LAKE FOREST CA





# Keep more of your money.

Join in minutes, and say goodbye to account fees.

**Get started at t-mobilemoney.com**

T Mobile MONEY — POWERED BY Bmtx — Accounts provided by Customers Bank, Member FDIC



---

Please detach this portion and return with your payment. Please make sure address shows through window.

Pay by phone: *PAY(*729)   Pay online: t-mobile.com/pay



T-MOB LE
PO BOX 742596
C NC NNAT  OH 45274-2596

Total due by Jul 19, 2024

You are pay ng by AutoPay

Amount enclosed

ASHER BRONSTIN
Account number:

☐ Change your address - Check box and provide new address on reverse side