**lrn**: 1760█████████
**ocn**: 6529
**lata**: 732
**city**: ENCINITAS
**ratecenter**: ENCINITAS
**province**: CA
**jurisdiction**: INDETERMINATE
**local**: INDETERMINATE
**lec**: T-MOBILE USA, INC.
**lectype**: WIRELESS
**spid**: 6529
**activation**: 2024-04-30T00:00:00Z GMT