**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :    Bronstin v. Upstart Network, Inc.
ADMISSION TO PRACTICE IN THIS COURT  :   Civil Action No. 25-cv-1410


**PETITION**

Anthony Paronich

I, _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    350 Lincoln Street, Suite 2400
_____

Hingham, MA 02043
_____

_____

Office Telephone:    617-485-0018
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Massachusetts (11/23/2010), Northern District of Illinois (7/11/2018),
_____

Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)
_____

_____

My attorney Identification number is:    678437 _____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT  __s/Julia K. Munley__    Date:__11/19/25_____