# EXHIBIT 2

| Primary Phone | Name | Phone Dates | Address | Actions |
|---|---|---|---|---|
| 760-███-7071<br>Possible Wireless<br>Status: ✔ Active<br>20200619<br>Listing: Residential<br>Carrier: CELLCO PARTNERSHIP DBA VERIZON WIRELESS - CA UN<br><br>Number of Times Ported: 1<br><br>Number of Times Spoofed: 0 | BRONSTIN, ASHER ALAN<br>Primary Name | Last Seen: 06/28/2017<br>First Seen: 03/10/2010<br>Duration Seen: 87 Months<br>Seen: 98 Months Ago | ███<br>LAKE FOREST, CA 92630-4762<br>(Property Type - Business) | Comprehensive |
| | AGUILAR, ███ | Last Seen: 02/08/2014<br>First Seen: 12/01/2012<br>Duration Seen: 14 Months<br>Seen: 139 Months Ago | ███ | Comprehensive |
| | ZAFRA, ███ | Last Seen: 10/11/2012<br>First Seen: 10/01/2012<br>Duration Seen: 0 Months<br>Seen: 154 Months Ago | ███ | Comprehensive |
| | ECCLES ███ | Last Seen: 05/01/2012<br>First Seen: 05/01/2012<br>Duration Seen: 0 Months<br>Seen: 160 Months Ago | ███ | Comprehensive |
| | TAYLOR ███ | | ███ | |