# EXHIBIT 3

# Reverse Phone Search (09/09/2025)

(760) ███ 7071

███ **Taylor** AKA: ███ Taylor

DETAILS

Age: █