## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHER BRONSTIN, *individually and on behalf of all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) UPSTART NETWORK, INC., ) ) Defendant. ) | Civil Action No. 1:25-cv-01410-JKM (Hon. Julia K. Munley) |

### **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Asher Bronstin ("Plaintiff") and Defendant Upstart Network, Inc. ("Upstart") respectfully move this Court to enter the attached agreed protective order, stating as follows:

1. This proposed class action lawsuit asserts claims for purported violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). (*See* Doc. 1.)

2. Based on the nature of Plaintiff's claims and discovery propounded, the Parties anticipate production of confidential, sensitive or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation is warranted.

3. For these reasons, the Parties jointly move this Court to enter the attached proposed protective order.

4. No party will be prejudiced by the Court entering the proposed order. This motion is being made to facilitate the exchange of discovery. Additionally, both Parties respectfully request entry of the order.

63376687 v1

WHEREFORE, for the reasons set forth above, Plaintiff Asher Bronstin and Defendant Upstart Network, Inc. respectfully move this Court to enter the attached proposed protective order.

Respectfully submitted this 21st day of November, 2025.

| | |
|---|---|
| */s/ Andrew Roman Perrong* | */s/ Jackson C. Burrow* |
| Andrew Roman Perrong, Esq. | Jackson C. Burrow |
| M.D. Pa. Bar #333687 | Identification No. 335420 |
| Perrong Law LLC | Joshua H. Threadcraft |
| 2657 Mt. Carmel Avenue | Admitted *Pro Hac Vice* |
| Glenside, PA 19038 | Burr & Forman LLP |
| Email: a@perronglaw.com | 420 North 20th Street, Suite 3400 |
| | Birmingham, AL  35203 |
| *Counsel for Plaintiff* | Telephone: (205) 251-3000 |
| | Facsimile: (205) 458-5100 |
| | jburrow@burr.com |
| | jthreadcraft@burr.com |
| | |
| | *Attorneys for Defendant* |
| | UPSTART NETWORK, INC. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21st, 2025, the foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send an electronic service copy to the following:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com

Anthony I. Paronich
350 Lincoln St.
Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

                                      */s/ Jackson C. Burrow*
                                      Jackson C. Burrow
                                      Identification No. 335420
                                      Burr & Forman LLP