**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHER BRONSTIN, *individually and on behalf of all others similarly situated*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:25-cv-01410-JKM |
| | ) | (Hon. Julia K. Munley) |
| UPSTART NETWORK, INC., | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND
CASE MANAGEMENT DEADLINES TO FACILITATE RESOLUTION**

Plaintiff Asher Bronstin ("Plaintiff") and Defendant Upstart Network, Inc. ("Upstart") respectfully move this Court for an order extending all unexpired case management deadlines in the above-referenced case by approximately 45 days to facilitate resolution, stating as follows:[1]

1. On May 4, 2026, this Court entered the Case Management Order setting certain deadlines in this case. (Doc. 29.)

2. Since that time, the Parties have engaged in discovery and cooperative settlement discussions and would like to explore mediation in an effort to try and resolve their dispute. The Parties have tentatively agreed to a mediation date during

[1] The reason that the Parties request an approximately 45-day extension of the unexpired deadlines is so that the new proposed deadline falls on a Friday of the week 45 days after the current deadline.

the second week of December, conditioned on the Court granting this Motion, and respectfully request that the Court extend all unexpired deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Expert Deadline | November 6, 2026 | December 11, 2026 |
| Defendant's Expert Deadline | January 8, 2027 | February 26, 2027 |
| Supplemental Expert Disclosure | January 29, 2027 | March 19, 2027 |
| Discovery Deadline | February 26, 2027 | April 16, 2027 |
| Dispositive Motion Deadline | February 26, 2027 | April 16, 2027 |
| Class Certification Motion Deadline | February 26, 2027 | April 16, 2027 |

3. The Parties respectfully contend that good cause exists to extend the unexpired deadlines as doing so will allow them to focus their time, effort and resources on mediation—and potential resolution—rather than complying with those deadlines. The Parties further believe that extending the current unexpired deadlines will increase their prospects of resolution, and serves the ends of justice and judicial economy, facilitating the just, speedy, and inexpensive determination of this action.

4. This is the Parties' first request to extend any deadlines in this case. This request is not made for purposes of harassment, delay or to waste judicial resources but rather to explore potential resolution. No Party will suffer any prejudice by the Court granting the requested extension, and all Parties request the

relief sought herein.

5. A proposed order is attached hereto for the Court's convenience.

WHEREFORE, for the reasons set forth above, Plaintiff Asher Bronstin and Defendant Upstart Network, Inc. respectfully move this Court for an order extending all unexpired case management deadlines approximately 45 days as set forth above.

Respectfully submitted this 29th day of October, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
350 Lincoln St.
Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Joshua H. Threadcraft*
Joshua H. Threadcraft
Admitted *Pro Hac Vice*
Jackson C. Burrow
Identification No. 335420
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5345
Jthreadcraft@burr.com
Jburrow@burr.com

*Counsel for Defendant*
UPSTART NETWORK, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 29, 2026, the foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send an electronic service copy to the following:

Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com

Anthony I. Paronich
350 Lincoln St.
Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Joshua H. Threadcraft*
Joshua H. Threadcraft
Admitted *Pro Hac Vice*
Burr & Forman LLP