**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ASHER BRONSTIN, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

UPSTART NETWORK, INC.,

Defendant.

Civil Action No. 1:25-cv-01410-JKM
(Hon. Julia K. Munley)

**ORDER GRANTING JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES TO FACILITATE RESOLUTION**

THIS MATTER having come before the Court on Plaintiff Asher Bronstin ("Plaintiff") and Defendant Upstart Network, Inc.'s ("Upstart") Joint Motion to Extend Case Management Deadlines to Facilitate Resolution (the "Motion"), and the Court having considered the Motion, and the record in this matter, and being otherwise fully advised, finds that the Motion is due to be **GRANTED**. Accordingly, it is hereby **ORDERED** as follows:

1. The current unexpired deadlines in the Court's Case Management Order (Doc. 29) are extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiff's Expert Deadline | November 6, 2026 | December 11, 2026 |
| Defendant's Expert Deadline | January 8, 2027 | February 26, 2027 |
| Supplemental Expert Disclosure | January 29, 2027 | March 19, 2027 |

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery Deadline | February 26, 2027 | April 16, 2027 |
| Dispositive Motion Deadline | February 26, 2027 | April 16, 2027 |
| Class Certification Motion Deadline | February 26, 2027 | April 16, 2027 |

2. All other provisions of the Case Management Order remain in full force and effect.

DONE and DATED this the 2nd day of November October, 2026.

Judge Julia K. Munley
United States District Court